**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARICELA OLEA, ) | NO. CV 13-768-E |
| ) Plaintiff, ) | |
| ) v. ) | **JUDGMENT** |
| ) CAROLYN W. COLVIN, ACTING ) COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) Defendant. ) ) | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

DATED: October 8, 2013.

```
                    _____/S/_____
                       CHARLES F. EICK
                  UNITED STATES MAGISTRATE JUDGE
```